AGNES NIXON, Respondent, *v.* BEACON TRANSPORTATION CORPORATION, Appellant, and GILBERT WILSON, Respondent.

(Argued March 23, 1934; decided April 17, 1934.)

*David Tepp* and *A. Bertram Samuels* for appellant.
*Stephen R. J. Roach* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.